364 A.2d 956
Commonwealth v. Ray, Appellant.

Submitted April 12, 1976. John H. Corbett, Jr., Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 237
Commonwealth v. Reed, Appellant.

Submitted September 8, 1975. George A. Heitczman, Assistant Public Defender, for appellant; John J. Segata, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.